NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MOUNIR ABBASI,                )
                              )
        Appellant,            )
                              )
v.                            )          Case No.  2D17-2784
                              )
FLORIDA PENINSULA INSURANCE   )
COMPANY,                      )
                              )
        Appellee.             )
_____)

Opinion filed April 25, 2018.

Appeal from the Circuit Court for Pinellas
County; Thomas H. Minkoff, Judge.

Kelli A. Edson, Paul E. Parrish, S. Douglas
Knox and Tara M. Petzoldt of Quarles &
Brady, LLP, Tampa, for Appellant.

Andrew A. Labbe, James Goodnow and
David Salmon of Groelle & Salmon, P.A.,
Tampa, for Appellee.

PER CURIAM.

        Affirmed.

SILBERMAN, CRENSHAW, and ATKINSON, JJ., Concur.